UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:

                                                            Case No. 09-12616-MAM

BENDER SHIPBUILDING &
REPAIR CO., INC.

DEBTOR

**AFFIDAVIT OF CHRISTOPHER T. CAPLINGER REGARDING NOTICE OF
SALE BY PUBLICATION PURSUANT TO ORDER (A) APPROVING BIDDING
PROCEDURES FOR SUBMISSION AND ACCEPTANCE OF COMPETING BIDS, AND
UNDER CERTAIN CIRCUMSTANCES, PAYMENT OF A BREAK-UP FEE
AND EXPENSE REIMBURSEMENT TO VISION TECHNOLOGIES MARINE, INC.;
(B) SCHEDULING BIDDING DEADLINE, AUCTION DATE AND SALE HEARING
DATE; (C) ESTABLISHING PROCEDURE FOR DETERMINING CURE AMOUNTS;
AND (D) FIXING NOTICE PROCEDURES AND APPROVING FORM OF NOTICE**

STATE OF LOUISIANA

PARISH OF ORLEANS

       I, Christopher T. Caplinger, pursuant to section 1746 of title 28 of the United States Code, hereby declare that the following is true and correct to the best of my knowledge:

       1.    I am a Louisiana attorney and a shareholder of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard ("LWPR&H"), a law corporation with its principal office located at 601 Poydras St., Ste. 2775, New Orleans, Louisiana.

       2.    LWPR&H is counsel to the Debtor in the Debtor's Chapter 11 bankruptcy case.

       3.    This Affidavit is submitted pursuant to the Order (A) Approving Bidding Procedures for Submission and Acceptance of Competing Bids, and Under Certain Circumstances, payment of a Break-Up Fee and Expense Reimbursement to Vision Technologies Marine, Inc.; (B) Scheduling Bidding Deadline, Auction Date and Sale Hearing Date; (C)

Establishing Procedure for Determining Cure Amounts; and (D) Fixing Notice Procedures and Approving Form of Notice (the "Order"), which was entered by the Bankruptcy Court on December 30, 2009.[1]

4. Paragraph 17(b) of the Order states:

> ... the Debtor also will publish a notice of the sale of the Purchased Assets substantially in the form of Sale Notice attached to the Motion as Exhibit E. Such notice shall appear in *The Wall Street Journal*, *The Press-Register*, *The Times-Picayune*, and *The Houston Chronicle* (collectively, the "*Newspapers*") for as often as is reasonable, pursuant to the Newspapers' publication schedules for legal notices, for no less than a ten (10) day period prior to the Bid Deadline.

5. In compliance with Paragraph 17(b) of the Order, the Debtor published a notice of the sale of the Purchased Assets, substantially in the form of the notice attached hereto and incorporated herein as **Exhibit A**, in the following Newspapers:

- *The Wall Street Journal*: Print advertisement in the Eastern division of the newspaper on Thursday, January 7, 2010, and online posting of the ad on www.wsj.com/legalnotices from January 7, 2010, to January 14, 2010.

- *The Press-Register*: Print advertisement from January 5, 2010, to January 14, 2010.

- *The Times-Picayune*: Print advertisement on Wednesday, January 6, 2010, and Wednesday, January 13, 2010.

- *The Houston Chronicle*: Print ad on Thursday, January 7, 2010, and Sunday, January 10, 2010.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Order.

2

6. Proof of publication, in the form of an affidavit or invoice from each of the Newspapers, is attached hereto and incorporated herein as **Exhibit B**.

7. To the extent that I subsequently discover any facts bearing on this Affidavit, this Affidavit will be supplemented and those facts will be fully disclosed to this Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

   _____
   Christopher T. Caplinger

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 18TH DAY
OF JANUARY 2010.

_____
NOTARY PUBLIC  Bar # 10403

Stewart F. Peck
Notary Public
Parish of Orleans
State of Louisiana
My commission is for life

3

# Exhibit A

## Form of Notice

# THE WALL STREET JOURNAL

## LEGAL NOTICES

Home

PUBLIC NOTICE

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF ALABAMA

In re: Bender Shipbuilding & Repair Co., Inc. (Case No. 09-12616-MAM)

NOTICE IS HEREBY GIVEN that the Bankruptcy Court has issued an order (the "Order") approving bidding procedures and scheduling a bidding deadline, an auction date, and a sale hearing date for the sale of substantially all of the repair and new construction assets, and the assignment and assumption of certain contracts (such assets and contracts, the "Assets"), of Bender Shipbuilding & Repair Co., Inc., whose facilities are located on waterfront property along Mobile Bay in Alabama. The Assets include about 40 acres of operating area (including leased property) with 4,400 feet of deep-water frontage accessed by a 42-foot deep channel from the Gulf of Mexico, and two steel floating dry docks ("Pete B" and "WW"). Instructions on bidding and objecting are included in the Order, which can be viewed and printed by accessing ftp://ftp.claritylit.com and entering the user name "lugenbuhl2" and the password "@RTz31." Copies of the Order can also be obtained by contacting the Clerk of Bankruptcy Court for the Southern District of Alabama at 201 St. Louis Street, Mobile, Alabama 36602 and (251) 441-5391. Assistance in obtaining a copy of the Order can be obtained by emailing a request to mlopez@lawla.com. The Bankruptcy Court has established January 14, 2010, at 12:00 p.m. Central Standard Time, as the bid deadline for submissions of bids for the Assets, and the auction will be held at the offices of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard in New Orleans, Louisiana, on January 15, 2010, beginning at 10:00 a.m. Central Standard Time. The deadline for objections to the sale of the Assets and cure costs associated with assumed contracts is January 18, 2010, at 12:00 p.m. Central Standard Time. The hearing to approve the sale will be held on January 19, 2010, beginning at 8:30 a.m. Central Standard Time before the Bankruptcy Court for the Southern District of Alabama, 201 St. Louis Street, Mobile, Alabama 36602.

Stewart F. Peck, Esq., Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, Counsel for Bender Shipbuilding & Repair Co., Inc., New Orleans, Louisiana, (504) 568-1990, December, 31, 2009.



Appeared in: *Wall Street Journal* on Thursday, 01/07/2010

 Printer-friendly version　　　E-mail to a friend

Home

Powered by myPublicNotices.com

Copyright © 2010 Dow Jones & Company, Inc. All Rights Reserved

# Exhibit B

## Proof of Publication

STATE OF TEXAS            )
                          )  ss:
CITY AND COUNTY OF DALLAS)

I, Erin Ostenson, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL (Eastern Edition), a daily national newspaper published and of general circulation in the New York and New England Regions, Washington/ Baltimore, Southern, South Atlantic, and Florida Regions (Eastern Edition) and that the attached Notice has been regularly published in THE WALL STREET JOURNAL (Eastern Edition) one insertion(s), on the following date(s): January 7, 2010, pertaining to: Bender Shipbuilding & Repair Co., Inc. (Case No. 09-12616-MAM), and that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

_____
EOstenson

Sworn to before me this

7th day of January, 2010

_____
Notary Public



ALBERT FOX
Notary Public, State of Texas
My Commission Expires
February 15, 2012

**PUBLIC NOTICES**

**PUBLIC NOTICE**
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA
In re: Bender Shipbuilding & Repair Co., Inc., Case No. 09-12616-MAM

NOTICE IS HEREBY GIVEN that the Bankruptcy Court has issued an order (the "Order") approving bidding procedures and scheduling a bidding deadline, an auction date, and a sale hearing date for the sale of substantially all of the repair and new construction assets, and the assignment and assumption of certain contracts (such assets and contracts the "Assets") of Bender Shipbuilding & Repair Co., Inc., whose facilities are located on waterfront property along Mobile Bay in Alabama. The Assets include about 40 acres of operating area (including leased property), with 4,400 feet of deep water frontage accessed by a 42-foot deep channel from the Gulf of Mexico, and two steel floating drydocks ("Pete B" and "WW"). Instructions on bidding and objecting are included in the Order, which can be viewed and printed by accessing ftp://ftp.chaffe.com and entering the user name lgenbuhl2 and the password @RT21. Copies of the Order can also be obtained by contacting the Clerk of Bankruptcy Court for the Southern District of Alabama at 201 St. Louis Street, Mobile, Alabama 36602 and (251) 441-5391. Assistance in obtaining a copy of the Order can be obtained by emailing a request to philopp2@lawla.com. The Bankruptcy Court has established January 14, 2010, at 12:00 p.m. Central Standard Time as the bid deadline for submissions of bids for the Assets, and the auction will be held at the offices of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, in New Orleans, Louisiana on January 15, 2010, beginning at 10:00 a.m. Central Standard Time. The deadline for objections to the sale of the Assets and cure costs associated with assumed contracts is January 18, 2010, at 12:00 p.m. Central Standard Time. The hearing to approve the sale will be held on January 19, 2010, beginning at 8:30 a.m. Central Standard Time before the Bankruptcy Court for the Southern District of Alabama, 201 St. Louis Street, Mobile, Alabama 36602.

Stewart F. Peck, Esq., Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, Counsel for Bender Shipbuilding & Repair Co., Inc., New Orleans, Louisiana, (504) 568-1990. December 31, 2009.



9988 22    09-3600

WT 3600
POSTED 1/6/09
JS

# REGIONS BANK

OUTGOING WIRE INSTRUCTIONS

1. Dollar Amount: $ 4,641.56

2. Beneficiary Bank: JP Morgan Chase
   New York, NY 10004
   ABA#: 021000021

3. For the Account of: Dow Jones & Company

   Account #: 140 024880

4: Debit Account: Bender Shipbuilding & Repair Co., Inc.
   Chapter 11 – Debtor-In-Possession
   Account # 0107037791

_____ Date: 1/06/2010
Signature of Authorized Signer

_Susan Elliott_ Date: 1-6-2010
Signature of Secondary Signer

FED TIME:_____   FED SEQUENCE NO:

Authorized Signers:

David R. Barnett, T. B. Bender, Jr., Susan T. Elliott

5-95-8500-
1273-J

POSTED-ACCOUNTING
JAN 06 2010

# Order Confirmation

| | | |
|---|---|---|
| **Ad Order Number** | | **PO Number** |
| 0000006090 | | Michelle Wong |
| **Sales Rep.** | **Customer** | **Ordered By** |
| OstensonE | Lugenbuhl Wheaton Peck Rankin Hubbard | Michelle Wong |
| **Order Taker** | **Customer Account** | **Customer Fax** |
| OstensonE | 500013087 | |
| **Order Source** | **Customer Address** | **Customer EMail** |
| | 601 Poydras St, Suite 2775 | |
| | New Orleans LA 70130 United States | |
| | **Customer Phone** | |
| | 504-568-1990 | |

| | | | | |
|---|---|---|---|---|
| **Tear Sheets** | **Proofs** | **Affidavits** | **Blind Box** | |
| 0 | 0 | 1 | | |
| **Contract Status** | **Contract Level** | | | |
| No | | | | |

| | | |
|---|---|---|
| | **Payor Customer** | **Order Status** |
| | Lugenbuhl Wheaton Peck Rar | Live |
| | **Payor Account** | |
| | 500013087 | |
| | **Payor Address** | |
| | 601 Poydras St, Suite 2775 | |
| | New Orleans LA 70130 United States | |
| | **Payor Phone** | |
| | 504-568-1990 | |

**Ad Order Notes**

**Total Amount**
$4,641.56

| **Ad Number** | **Ad Type** | **Ad Size** | **Color** | **Ad Released** | **Production Method** | **Production Notes** | **Pick Up** | **Current Queue** |
|---|---|---|---|---|---|---|---|---|
| 0000006090-01 | C-WSJ 8 Col-Disple | : 1.0 X 5.5000" | <NONE> | No | Digital | | | Ready |

**External Ad Number**    **Ad Attributes**

| **Product Information** | **Placement/Classification** | **Run Dates** | **# Inserts** | **Cost** |
|---|---|---|---|---|
| | **Position** | **Sort Text** | | |
| WSJ::Eastern | Legal Notices | 1/7/2010 | 1 | $4,141.56 |
| | Public Notices 7 | BENDER SHIPBUILDING | | |
| Online Small Bus::Online | Upgrades Small Bus | 1/7/2010 | 1 | $500.00 |
| | Legal PrintWeb - W16 | BENDER SHIPBUILDING | | |

DOWJONES
A NEWS CORPORATION COMPANY

# EXPENSE VOUCHER

NAME: Christopher T. Caplinger #015812  PERIOD ENDING: 1-4 20 10

| CITY AND STATE | LODGING | TRANSPORTATION | | MEALS ITEMIZE BUSINESS MEALS BELOW | | |
|---|---|---|---|---|---|---|
| | | AIR, RAIL, ETC. | TAXI/LIMO CAR RENTAL | BREAKFAST | LUNCH | DINNER |
| MON | | | | | | |
| TUE | | | | | | |
| WED | | | | | | |
| THUR | | | | | | |
| FRI | | | | | | |
| SAT | | | | | | |
| SUN | | | | | | |
| TOTALS | | | | | | |

☐ FIRM EXPENSE    CHARGE TO:

☑ FILE NO: 02600-02490

FILE NAME: Bender

DISBURSEMENT CODE: _____

DESCRIPTION: Payment for placement of ad in Mobile paper

### ENTERTAINMENT AND BUSINESS MEALS

| DATE | NAME OF PERSON(s) ENTERTAINED— COMPANY—TITLE | TIME AND PLACE | NATURE OF ENTERTAINMENT | AMOUNT |
|---|---|---|---|---|
| | | | | $ |

TOTAL

### MISCELLANEOUS EXPENSES

| DATE | ITEMS | AMOUNT |
|---|---|---|
| 1-4-10 | Payment for ad | 1,261.77 |

TOTAL $

### AUTOMOBILE EXPENSES

| DATE | MILEAGE—GAS, PARKING, ETC. | AMOUNT |
|---|---|---|
| | | |

TOTAL $

ATTACH RECEIPTED BILLS FOR:
(A) LODGING, ENTERTAINMENT
(B) ANY OTHER EXPENDITURE OF $25.00 OR MORE.

TOTAL ALL EXPENSES $ 1,261.77

LESS ADVANCE

BALANCE DUE $ 1,261.77

SIGNATURE: [signature]   APPROVED BY: [signature]

FORM LWPR NO. VI

Copy CTC

POSTED JAN 07 2010 ENTERED

# Order Confirmation

| | | | |
|---|---|---|---|
| **Ad Order Number** <br> 0001586937 | **Customer** <br> LUGENBHUL, WHEATON, PECK, RANKIN & LUGENBHUL, WHEATON, | **Payor Customer** <br> LUGENBHUL, WHEATON, | **PO Number** |
| **Sales Rep.** <br> cbevins | **Customer Account** <br> 1118186 | **Payor Account** <br> 1118186 | **Ordered By** <br> MARISSA  EMAIL |
| **Order Taker** <br> cbevins | **Customer Address** <br> 601 POYDRAS STREET   SUITE 2775 <br> NEW ORLEANS LA 70130 USA | **Payor Address** <br> 601 POYDRAS STREET   SUITE 2775 <br> NEW ORLEANS LA 70130 USA | **Customer Fax** |
| **Order Source** | **Customer Phone** <br> 504-568-1990 | **Payor Phone** <br> 504-568-1990 | **Customer EMail** |
| **Invoice Text** | | | **Special Pricing** <br> None |

| **Tear Sheets** | **Proofs** | **Affidavits** | **Blind Box** | **Promo Type** | **Ad Order Notes** | **Materials** |
|---|---|---|---|---|---|---|
| 0 | 0 | 1 | | | | |

| **Ad Number** <br> 0001586937-0 | **Ad Type** <br> Legal ads | **Ad Size** <br> 1.0 X 370 words | **Color** <br> <NONE> | **Ad Released** <br> No | **Production Method** <br> AdBooker | **Production Notes** <br> Pick Up |
|---|---|---|---|---|---|---|
| **External Ad Number** | **Ad Attributes** | **Net Amount** <br> $1,261.77 | **Tax Amount** <br> $0.00 | **Total Amount** <br> $1,261.77 | **Payment Method** <br> Credit Card - AmEx 20... | **Payment Amount** <br> $1,261.77 | **Amount Due** <br> $0.00 |

**WYSIWYG Content**

1

# HOUSTON CHRONICLE
## chron.com

HOUSTON CHRONICLE
CREDIT SERVICE DEPARTMENT
801 TEXAS AVENUE
HOUSTON, TX 77002

Return Service Requested

| Field | Value |
|---|---|
| Advertiser/Client Number: | 086826224 |
| Advertiser/Client Name: | LUGENBUHL,WHEATON,PECK,RANKI |
| Billed Account Number: | 086826224 |
| Billing Date: | 01/10/10 |
| Payment Terms: | DUE 15 DAYS |
| Current Net Amount: | $2,774.38 |
| Total Amount Due: | $2,774.38 |
| Amount Enclosed: | $ |

Please call 713-362-7792 to pay by credit card

*Please make your checks payable to HOUSTON CHRONICLE.*

LUGENBUHL,WHEATON,PECK,RANKI
ELIZABETH R. CARTER
601 POYDRAS ST STE 2775
NEW ORLEANS LA 70130-6041

HOUSTON CHRONICLE
P.O. BOX 80085
PRESCOTT, AZ 86304-8085

33412010011000000000000086826224029991850010002774385

*Please detach and return above portion with your payment*

# HOUSTON CHRONICLE
## chron.com

CLASSIFIED ADVERTISING
INVOICE/STATEMENT

HOUSTON CHRONICLE
P.O. BOX 80085
PRESCOTT, AZ 86304-8085
TID #: 76-0556295

| Advertiser/Client Name | Adv/Client Number | Billed Acct Number | Billing Period | Sales Rep. | Total Amount Due |
|---|---|---|---|---|---|
| LUGENBUHL,WHEATON,PECK,RANKI | 086826224 | 086826224 | 01/10/10 - 01/10/10 | TORRENCE,C #0630 | $2,774.38 |

| Date | Newspaper Reference Number | Description/Other Comments and Charges | SAU Size Billed Units | Times Run Rate | Gross Amount | Net Amount |
|---|---|---|---|---|---|---|
| 01/07/10 THU | INV:999185001 AD#:24100529 | 1245 LEGAL NOTICES PUBLIC NOTICE UNITED S SLS:630 BY:ELIZABETH CARTER | 98X1C 196L | 2 14.16 | $2,774.38 | $2,774.38 |

HOME SHOPPING? CHECK THE WEEKEND CHRONICLE. SATURDAY FOCUSES ON NEW HOMES, COMMUNITIES AND DEVELOPMENTS AND SHOWCASES COMMUNITY AMENITIES, AND MORE. PLUS GREAT ARTICLES ON NEW HOME TRENDS, SUCH AS OUTDOOR KITCHENS, GAME ROOMS, AND PRACTICAL INFORMATION ON MORTGAGES. SUNDAY HOMES TARGETS RESALE HOMES, HIGH RISE LIVING, CONDOS, TOWNHOMES AND MORE. AND EVERY DAY, GO TO CHRON.COM/HOMES FOR HOME LISTINGS, PHOTO TOURS, INFORMATION ON THE HOME BUYING PROCESS, WAYS TO GET A FREE HOME VALUATION AND HOW TO FIND AN AGENT. TO ADVERTISE, CALL 713-224-6868 OR EMAIL CLASSIFIEDS@CHRON.COM.

| Current | 30 days | 60 days | 90 days | 120 days | Unapplied Amount | Total Amount Due |
|---|---|---|---|---|---|---|
| $2,774.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,774.38 |

AFFIDAVIT OF PUBLICATION

STATE OF TEXAS:

COUNTY OF HARRIS:

Before me, the undersigned authority, a Notary Public in and for the State of Texas, on the day personally appeared: GAIL CHASTUN, who after being duly sworn, says that she is the ACCOUNTS RECEIVABLE LEAD at the HOUSTON CHRONICLE, a daily newspaper published in Harris County, Texas, and that the publication, of which the annexed herein, or attached to, is a true and correct copy, was published to-wit:

LUGENBUHL,WHEATON,PECK,RANKI    24100529    86826224
RAN A LEGAL NOTICE
SIZE BEING: 1 X 98 L

| product | date | class | page |
|---|---|---|---|
| hc | Jan 7 2010 | 1245.0 | B_thulg_3 |
| hc | Jan 10 2010 | 1245.0 | B_sunlg_3 |

*Gail Chastun*
GAIL CHASTUN
ACCOUNTS RECEIVABLE LEAD

Sworn and subscribed to before me, this the 10th Day of January A.D. 2010

PENNY STOW
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
FEB. 4, 2010

Notary Public in and for the State of Texas

**Elliott, Susan**

| | |
|---|---|
| **From:** | Barnett, David |
| **Sent:** | Wednesday, January 06, 2010 10:48 AM |
| **To:** | Elliott, Susan |
| **Subject:** | FW: Houston Chronicle Legal Notice for 1/7 and 1/10 |

Please do a check request.

-----Original Message-----
**From:** Torrence, Cynthia [mailto:Cynthia.Torrence@chron.com]
**Sent:** Wednesday, January 06, 2010 10:41 AM
**To:** Barnett, David
**Subject:** Houston Chronicle Legal Notice for 1/7 and 1/10

Good morning David, the cost for Thursday and Sunday is $2774.38. You can overnight the check to me at the address below. Please mark it to my attention made payable to the Houston Chronicle. Thanks Cynthia.

**Cynthia Anne Torrence**
*Legal Advertising Representative*
Phone: 713-362-6435

Fax: 713-354-3798
Email: legals@chron.com

**HEARST** *media services*

Houston Chronicle - chron.com - Yahoo!

801 Texas Avenue, 4th floor legals, Houston, TX 77002

===========================================================
This e-mail message is intended only for the personal
use of the recipient(s) named above. If you are not
an intended recipient, you may not review, copy or
distribute this message.

If you have received this communication in error, please
notify the sender immediately by e-mail and delete the original message.
===========================================================

Ck #1678

# REQUEST FOR CHECK

DATE NEEDED 01/06/2010            DATE 01/06/2010

TIME NEEDED **TODAY FOR FEDEX - RETURN TO SUSAN E**     CHECK ONE:
                                                        MATERIAL
VENDOR / BADGE NO.   13259                              SUBCONTRACT

PAYEE   Houston Chronicle                               AMOUNT   $2,774.38
Address:

Two Thousand Seven Hundred Seventy Four and 38/100---------------------- DOLLARS

CHECK ONE:

__XX__   JOB AND ITEM NUMBERS:  01-05-95-8500-1273-J
_____   JOB AND ITEM NUMBERS:
_____   JOB AND ITEM NUMBERS:
_____   EMLOYEE ADVANCE OR CONTRIBUTION; INSURANCE REFUND
_____   ACCOUNTS RECEIVABLE; CUSTOMER ADVANCE OR REFUND
         REFERENCE TO    NAME _____  JOB NO _____
_____   OTHER (SPECIFY)

CHARGE NUMBER

REMARKS   Legal Notice of Sale

SIGNED   _Susan Elliott_            APPROVED   _[signature]_

1/6/2010

| INVOICE DATE | INVOICE NUMBER | P.O. NUMBER | DESCRIPTION | NET AMOUNT | ACC |
|---|---|---|---|---|---|
| 01/06/10 | 09-3590 | 000095- | Observe:Legal Notice of Sale | 2774.38 | 85 |
| | | | ==== Check Total ====> | 2774.38 | |

**001678**

## BENDER SHIPBUILDING & REPAIR CO., INC.
CHAPTER 11 DEBTOR-IN-POSSESSION
P. O. Box 42 — 265 S. Water Street — Mobile, Alabama 36601
Telephone: 251-431-8000   Fax: 432-2260

CHECK NUMBER: 001678

VOID AFTER SIX MONTHS

DATE: 01/06/10   AMOUNT: ****2,774.38

PAY ******2,774 DOLLARS AND 38 CENTS

REGIONS BANK, Mobile, AL

TO THE ORDER OF:
(13259)
HOUSTON CHRONICLE
801 TEXAS AVE.
HOUSTON TX 77002

BENDER SHIPBUILDING & REPAIR CO., INC.
AUTHORIZED SIGNATURE

PUBLIC NOTICE

UNITED STATES
BANKRUPTCY COURT
SOUTHERN DISTRICT
OF ALABAMA

In re: Bender Shipbuilding & Repair Co., Inc. (Case No. 09-12616-MAM) NOTICE IS HEREBY GIVEN that the Bankruptcy Court has issued an order (the "Order") approving bidding procedures and scheduling a bidding deadline, an auction date, and a sale hearing date for the sale of substantially all of the repair and new construction assets, and the assignment and assumption of certain contracts (such assets and contracts, the "Assets"), of Bender Shipbuilding & Repair Co., Inc., whose facilities are located on waterfront property along Mobile Bay in Alabama. The Assets include about 40 acres of operating area (including leased property) with 4,400 feet of deep-water frontage accessed by a 42-foot deep channel from the Gulf of Mexico, and two steel floating dry docks ("Pete B" and "WW"). Instructions on bidding and objecting are included in the Order, which can be viewed and printed by accessing ftp://ftp.claritylit.com and entering the user name "lugenbuhl2" and the password "@RTz31." Copies of the Order can also be obtained by contacting the Clerk of Bankruptcy Court for the Southern District of Alabama at 201 St. Louis Street, Mobile, Alabama 36602 and (251) 441-5391. Assistance in obtaining a copy of the Order can be obtained by emailing a request to mlopez@lawla.com. The Bankruptcy Court has established **January 14, 2010, at 12:00 p.m. Central Standard Time,** as the bid deadline for submissions of bids for the Assets, and the auction will be held at the offices of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard in New Orleans, Louisiana, on **January 15, 2010, beginning at 10:00 a.m. Central Standard Time.** The deadline for objections to the sale of the Assets and cure costs associated with assumed contracts is **January 18, 2010, at 12:00 p.m. Central Standard Time.** The hearing to approve the sale will be held on **January 19, 2010, beginning at 8:30 a.m. Central Standard Time** before the Bankruptcy Court for the Southern District of Alabama, 201 St. Louis Street, Mobile, Alabama 36602. Stewart F. Peck, Esq., Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, Counsel for Bender Shipbuilding & Repair Co., Inc., New Orleans, Louisiana, (504) 568-1990, December, 31, 2009.